# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KEPNER-TREGOE, INC., <br><br> a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> PROJECT LOGIC LLC, <br><br> a New Hampshire corporation, <br><br> Defendant. | Civil Action No. _____ <br><br> **DEMAND FOR JURY TRIAL** |

## COMPLAINT

Plaintiff, Kepner-Tregoe, Inc. ("K-T"), as and for its Complaint against defendant, Project Logic LLC, states as follows:

### THE PARTIES

1. K-T is a Delaware corporation having a regular and established place of business at 17 Research Road, Princeton, New Jersey.

2. Upon information and belief, defendant is a New Hampshire limited liability corporation having a regular and established place of business at 58 Charles Street, Cambridge, Massachusetts.

3. Defendant is transacting and regularly doing or soliciting business and committing acts of trademark infringement in this judicial district and elsewhere.

## JURISDICTION AND VENUE

4. This action arises under the Trademark Laws of the United States, 15 U.S.C. §§ 1051 *et seq.* and in particular 15 U.S.C. §§ 1114-1118 *et al.* This Court has subject matter jurisdiction pursuant to 15 U.S.C. §§ 1121 and 1331. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b).

## PLAINTIFF'S BUSINESS AND TRADEMARK RIGHTS

5. K-T is in the business, *inter alia*, of marketing and supporting business training and management materials, including a software product marketed under the trademark PROJECT LOGIC®.

6. K-T is the owner of the trademark PROJECT LOGIC®.

7. K-T has used the trademark PROJECT LOGIC® in the United States since at least 1999.

8. K-T registered the trademark PROJECT LOGIC® in the United States Patent & Trademark Office on July 3, 2001. A copy of K-T's trademark registration certificate number 2,466,266 is attached to this complaint.

## DEFENDANT'S BUSINESS ACTIVITIES

9. Defendant is in the business of marketing and supporting business training materials, including software for "project management".

10. Defendant operates and maintains an Internet website having the domain name "www.projectlogic.com".

11. Defendant offers its products and services throughout the United States and elsewhere using the names "Project Logic" and "projectlogic" and via its "www.projectlogic.com" website.

12. At the time that it began offering its products and services using the names "Project Logic" and "projectlogic" and via its www.projectlogic.com website, defendant knew or should have known that K-T had registered the trademark PROJECT LOGIC®.

## CLAIM FOR TRADEMARK INFRINGEMENT

13. K-T realleges and incorporates by reference paragraphs 1-12, above, as if fully set forth herein.

14. This is a claim for trademark infringement in violation of the federal trademark laws.

15. K-T's registered trademark PROJECT LOGIC® has been and is being infringed by defendant's use of the name "Project Logic" and "projectlogic" in conjunction with the marketing, offering for sale and sale of defendant's products and services.

16. Defendant's use of the names "Project Logic" and "projectlogic" is likely, if it has not already done so, to cause confusion in the minds of the consumers of K-T's and defendant's products and services regarding the source of defendant's products and services.

17. By the acts complained of herein, defendant has caused and is causing injury and damage to K-T.

18. K-T and the consuming public are being irreparably damaged by defendant's acts and K-T has no adequate remedy at law for the damages suffered as a result of defendant's infringement of the registered trademark PROJECT LOGIC®.

19. Through its counsel, K-T mailed a letter to defendant on December 16, 2004 requesting defendant to cease its infringing acts. Defendant has refused to comply with K-T's request and continues to infringe K-T's trademark rights.

20. Unless defendant is preliminarily and permanently enjoined, defendant's use of the names "Project Logic" and "projectlogic" will continue to cause irreparable harm to K-T and to the consuming public.

## **RELIEF REQUESTED**

WHEREFORE, K-T prays that the Court:

A. Enter judgment that defendant has infringed K-T's federally registered trademark;

B. Enter an order preliminarily and permanently enjoining defendant, its agents, servants, employees, partners, representatives, attorneys and all persons in active concert or participation with it, from engaging in the aforesaid unlawful acts, and from using the names "Project Logic" and "projectlogic" or any other name or mark similar thereto, on or in connection with defendant's website, advertising, marketing, offering for sale and/or sale of its products and services, or any other products or services;

C. Enter a mandatory injunction pursuant to 15 U.S.C. § 1118, requiring defendant, its agents, servants, employees, partners, representatives, attorneys and all persons in active concert or participation with it, to deliver up for destruction all products, labels, sign, prints, packages, wrappers, receptacles, advertisements, business literature, and the like in the possession or control of defendant bearing the names "Project Logic" and "projectlogic", including all such items already placed into the stream of commerce, and any reproduction, counterfeit, copy or colorable imitations thereof, and all plates, molds, matrices, and other means of making the same;

D. Order defendant to account for all profits that it has realized through the aforesaid unlawful acts;

E.   Award to K-T pursuant to 15 U.S.C. § 1117 all profits defendant has realized through the aforesaid unlawful acts, and all damages suffered by K-T by reason of the aforesaid unlawful acts of defendant, and treble such award in view of the willfulness of defendant's acts;

F.   Award to K-T pursuant to 15 U.S.C. § 1117 its attorney's fees incurred in this action and prejudgment interest;

G.   Award K-T interest, costs, and its attorneys' fees; and

H.   Grant K-T such other and further relief as the Court may deem just and proper.

## JURY DEMAND

K-T demands a jury trial on all issues triable of right by jury.

KEPNER-TREGOE, INC.

Date: January 10, 2005          By: _____
Paul J. Hayes (BBO No. 227000)
Dean G. Bostock (BBO No. 549747)
**MINTZ, LEVIN, COHN, FERRIS,
   GLOVSKY & POPEO P.C.**
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

*Attorneys for Plaintiff*

LIT 1497783v1

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFF

KEPNER-TREGOE, INC.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Mercer County, NJ
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Paul J. Hayes, BBO #227000
Dean G. Bostock, BBO #549747
Mintz, Levin Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center, Boston, MA 02111
617-542-6000

## DEFENDANT

PROJECT LOGIC LLC

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

05-10051

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF)
(For Diversity Cases Only) AND ONE BOX FOR DEFENDANT

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commercial/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 480 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☒ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 380 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 550 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

15 U.S.C. §§ 1051 et seq. (trademark infringement)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION
☐ UNDER FR C.P 23

DEMAND $

CHECK YES only if demanded in
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____    DOCKET NUMBER _____

DATE: January 10, 2005
SIGNATURE OF ATTORNEY OF RECORD: Dean G. Bostock

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)    Kepner-Tregoe, Inc. v    Project Logic LLC

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(I)).

   _____ I.   160, 410, 470, R23, REGARDSLESS OF NATURE OF SUIT.

   840   II.  195, 368, 400, 440, 441-444, 540, 550, 625, 710, 720, 730,        *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.      for patent, trademark or copyright cases

   _____ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

   _____ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

   _____ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)).
   _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
                                                                                              YES ☐   NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS EFFECTING THE PUBLIC INTEREST?   (SEE 28 USC 2403)                                                          YES ☐   NO ☒
   IF SO, IS THE U.S.A. OF AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY? (SEE 28 USC 2403)   YES ☐   NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC2284?
                                                                                              YES ☐   NO ☒

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) (SEE LOCAL RULE 40.1(C)).                                                         YES ☐   NO ☒
   OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? - (SEE LOCAL RULE 40.1(D)).                                                                                       YES ☐   NO ☒

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT?
                                                                                              YES ☐   NO ☒
   (a) IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? _____

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? Eastern

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE
    CENTRAL SECTION   YES ☐   NO ☐        OR WESTERN SECTION   YES ☐   NO ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Dean G. Bostock (BBO # 549747)
ADDRESS           Mintz, Levin, Cohn, Ferris, Glovsky and Popeo PC
                  One Financial Center
                  Boston, MA 02111
TELEPHONE NO.     (617) 542-6000