UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05 10051 WGY

KEPNER-TREGOE, INC., )
)
a Delaware corporation, )
)
Plaintiff, )
) Civil Action No. _____
vs. )
)
PROJECT LOGIC LLC, )
)
a New Hampshire corporation, )
)
Defendant. )

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), plaintiff, Kepner-Tregoe, Inc. ("K-T"), makes the following corporate disclosure statement:

- K-T does not have any parent corporation;

- No publicly traded company owns more than 10% of the stock of K-T.

**KEPNER-TREGOE, INC.**

Date: January 10, 2005                By: _____
                                      Paul J. Hayes (BBO No. 227000)
                                      Dean G. Bostock (BBO No. 549747)
                                      MINTZ, LEVIN, COHN, FERRIS,
                                        GLOVSKY and POPEO, P.C.
                                      One Financial Center
                                      Boston, Massachusetts 02111
                                      Tel: (617) 542-6000
                                      Fax: (617) 542-2241

                                      *Attorneys for Plaintiff*

LIT 1497868v1